```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

THE STANDARD FIRE INSURANCE     )
COMPANY,                        )
    Plaintiff and Defendant in  )
    Counterclaim,               )
                                )
        v.                      )  C.A. No. 09-10500-MLW
                                )
KEVIN ANDRADE and               )
KRISTINA ANDRADE,               )
    Defendants and Plaintiffs   )
    in Counterclaim             )

THE STANDARD FIRE INSURANCE     )
COMPANY,                        )
    Plaintiff and Defendant in  )
    Counterclaim,               )
                                )
        v.                      )  C.A. No. 10-10506-MLW
                                )
TIMOTHY W. GOODMAN,             )
    Defendant and Plaintiff in  )
    Counterclaim.               )
```

ORDER

WOLF, D.J.                                          December 14, 2012

For the reasons stated in court and at the pre-trial conference on December 13, 2012, it is hereby ORDERED that:

1. In the Andrade case:

(a) The Standard Fire Insurance Company's Renewed Motion for Summary Judgment (Docket No. 91) is DENIED.

(b) The Standard Fire Insurance Company's Motion for Clarification and for Separate Trials (Docket No. 113) is ALLOWED to the extent that the bench trials will be conducted separately but simultaneously. Common witnesses in the two cases shall testify only once, with all counsel present to conduct any examinations.

2. In the <u>Goodman</u> case:

   (a) The Standard Fire Insurance Company's Motion for Summary Judgment (Docket No. 35) is DENIED.

   (b) The Standard Fire Insurance Company's Motion for Clarification and for Separate Trials (Docket No. 52) is ALLOWED to the extent that the bench trials will be conducted separately but simultaneously. Common witnesses in the two cases shall testify only once, with all counsel present to conduct any examinations.

3. The parties shall, by January 9, 2013, confer and report whether either or both cases have been settled.

4. In any case that is not settled, the parties shall confer and, by January 9, 2013:

   a. Submit two copies of all proposed exhibits, with numbers attached to exhibits it is agreed are admissible in the particular case and letters attached to disputed exhibits.

   b. File a response to previously stated objections to proposed testimony and exhibits that have not been resolved by agreement.

   c. Identify the witnesses and testimony that is common to both the <u>Andrade</u> and <u>Goodman</u> cases, which will be heard only once by the court.

5. Replies to the submissions concerning the testimony and exhibits as to which there are objections shall be filed by January 18, 2013.

    6. A pre-trial conference shall be held on February 8, 2013, at 3:00 p.m.

    7. Trial will commence on February 20, 2013.  Each party shall have up to eight hours to present its case.

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE